JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAO BAI, | Case No. 5:26-cv-01630-MEMF (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| TODD BLANCHE, ET AL., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that the Petition is **GRANTED**. Respondent is to immediately release Petitioner (and return to him his personal belongings) and not re-detain him absent compliance with the Fifth Amendment, 8 C.F.R. § 241.4, and 8 C.F.R. § 241.13(i). Respondents shall not impose any release restrictions on Petitioner, such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing.

Dated: April 22, 2026



_____

HONORABLE MAAME EWUSI-MENSAH FRIMPONG
United States District Judge